**VALENTI LAW APC**
Matthew D. Valenti, Esq. (SBN 253978)
E-mail: mattvalenti@valentilawapc.com
5252 Balboa Avenue, Suite 700
San Diego, California 92117
Phone: (619) 540-2189

Attorney for Ahmed Al-kubaisi

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED AL-KUBAISI,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HOROWITZ (EMERYVILLE BB), LLC; LENAWEE (BB), LLC; and DOES 1-10,<br><br>　　　　Defendants. | CERTIFICATION OF CONFLICTS AND INTERESTED PARTIES OR ENTITIES |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

DATED: July 17, 2025

**VALENTI LAW APC**

By: */s/ Matthew D. Valenti*
Matthew D. Valenti, Esq.
Attorney of Record for Plaintiff
Ahmed Al-kubaisi